**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000836**
**01-MAY-2025**
**08:29 AM**
**Dkt. 40 OGMD**

NO. CAAP-24-0000836


IN THE INTERMEDIATE COURT OF APPEALS
OF THE STATE OF HAWAI'I


CELESTE GONSALVES,
Plaintiff-Appellant,
v.
STATE OF HAWAI'I, HAWAI'I STATE JUDICIARY;
RODNEY A. MAILE, in an Official Capacity as
Administrative Director of the Courts;
MICHELLE D. ACOSTA, in an Official Capacity as
Deputy Chief Court Administrator;
DEBI S. TULANG-DE SILVA, in an Official Capacity as
Director of the Office on Equality and Access to the Courts;
ERICA S. UAHINUI, in an Official Capacity as
Court Operations Specialist;
STATE OF HAWAI'I, DEPARTMENT OF PUBLIC SAFETY;
LANIOKA DOBROWOLSKY, in an Official Capacity as
Public Safety Chief Deputy;
TOMMY JOHNSON, in an Official Capacity as
Public Safety Department Director;
PATRICK DE COSTA, in an Official Capacity as
Acting Civil Rights Compliance Officer,
PATRICK K. NAKASHIMA, in an Official Capacity as
Internal Affairs Investigator;
AARON SHIMODA, in an Official Capacity as Deputy Sheriff;
GARY MACARAYAN, in an Official Capacity as Deputy Sheriff; and
ISAAC KIA, in an Official Capacity as Deputy Sheriff,
Defendants-Appellees.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-23-0001524)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the Motion to Dismiss Appeal,
filed April 28, 2025, by self-represented Plaintiff-Appellant
Celeste Gonslaves, the Statement of No Opposition, filed
April 29, 2025, by Defendants-Appellees State of Hawai'i, Hawai'i

State Judiciary and Department of Public Safety, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed with prejudice.

DATED: Honolulu, Hawaiʻi, May 1, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge